UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

IN RE:
FRED WOODY, JR.

**JUDGMENT**
No. 5:16-CV-877-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the notice of appeal filed by Fred Woody, Jr. on October 31, 2016 is hereby DISMISSED.

**This Judgment Filed and Entered on February 22, 2017, and Copies To:**

| | |
|---|---|
| Fred Woody, Jr. | (Sent to 4908 Valley Place Raleigh, NC via US Mail) |
| Andrew Francis Lopez | (via CM/ECF electronic notification) |
| David R. MiMatteo | (via CM/ECF electronic notification) |
| John Patrick Fetner | (via CM/ECF electronic notification) |
| Robert E. Levin | (via CM/ECF electronic notification) |

DATE

February 22, 2017

**JULIE RICHARDS JOHNSTON, CLERK**

By: /s/ Nicole Briggeman

Deputy Clerk